UNITED STATES DISTRICT COURT

**DISTRICT OF NEVADA**

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WESLEY EARL RANSON, ) <br> ) <br> ) <br> Defendant. ) <br> ) | 2:94-CR-00077-PMP-RJJ <br><br> <u>ORDER</u> |

    Before the Court for consideration is Defendant Wesley Ranson's Motion for Early Termination of Supervised Release (Doc. #111) filed June 9, 2014. Observing that Defendant Ranson has performed well on his supervision for more than 3 of the 5 year term of supervised release imposed, Plaintiff United Sates (Doc. #114), and the United States Probation Office (Doc. #113) both oppose Defendant's motion.

    On December 21, 1994, this Court sentenced Mr. Ranson to a term of 248 months in custody, followed by a 5 year term of supervision. Although this Court is impressed by the progress demonstrated by Mr. Ranson on supervision, the Court nonetheless concurs with the arguments made by the Government and United States Probation Office.

    **IT IS THEREFORE ORDERED** that Defendant Wesley Ranson's Motion FOR Early Termination of Supervised Release (Doc. #111) is DENIED.

DATED: July 9, 2014.

                                                     _____
                                                     PHILIP M. PRO
                                                     United States District Judge